



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANIE PRADO,<br><br>              Petitioner,<br><br>     vs.<br><br>L.S. McEWEN, Warden,<br><br>              Respondent. | ) Case No. CV 12-1447-JGB (JPR)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF U.S.<br>) MAGISTRATE JUDGE<br>)<br>)<br>)<br>) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed de novo the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. On April 1, 2013, Petitioner filed Objections to the Report and Recommendation, in which he generally simply repeats the arguments in the Petition and Traverse. Those arguments were fully addressed in the Magistrate Judge's Report and Recommendation.

Having reviewed de novo those portions of the Report and Recommendation to which objections were filed, the Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that (1) the Petition is denied without leave to amend, (2) Petitioner's request for an evidentiary hearing is denied, and (3) Judgment be entered dismissing this action with prejudice.

DATED: 5/28/13

JESUS G. BERNAL
U.S. DISTRICT JUDGE