I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6-3-13

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 3 2013
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANIE PRADO,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>L.S. McEWEN, Warden,<br><br>　　　　Respondent. | Case No. CV 12-1447-JGB (JPR)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 5/28/13

JESUS G. BERNAL
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 3 2013
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY